# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, | ) |
| | )   03:06-cv-00527-LRH-RAM |
| Plaintiff, | ) |
| | ) |
| vs. | )   ORDER GRANTING |
| | ) |
| BUREAU OF LAND MANAGEMENT | )   **PLAINTIFF'S MOTION TO** |
| and U.S. FISH ANDWILDLIFE SERVICE, | )   **EXCEED PAGE LIMIT** |
| | ) |
| Defendants. | ) |
| _____ | ) |

The Court hereby GRANTS Plaintiff's Motion to Exceed Page Limit. Plaintiff may file a 36-page Statement of Points and Authorities in Support of its Motion for Summary Judgment.

IT IS SO ORDERED.

DATED this 6th day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE