UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

WESTERN WATERSHEDS PROJECT, )
)
          Plaintiff, )    Case No. 3:06-cv-527
)
v. )
)
U.S. BUREAU OF LAND MANAGEMENT AND )    **ORDER**
U.S. FISH AND WILDLIFE SERVICE, )
)
          Defendants. )
)

    Before the court is Defendants' Motion for Enlargement of Time to File Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment. Upon consideration thereof and the entire record in this case, it is hereby ORDERED that defendant's motion is GRANTED. Defendants shall file the above-referenced Cross-Motion and Opposition by September 20, 2007. IT IS SO ORDERED.

    DATED this 27th day of August, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE