UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,   )<br>                                                              )<br>Plaintiff,                                             )<br>                                                              )<br>vs.                                                        )<br>                                                              )<br>BUREAU OF LAND MANAGEMENT  )<br>and U.S. FISH ANDWILDLIFE SERVICE, )<br>                                                              )<br>Defendants.                                        ) | 03:06-cv-00527-LRH-RAM<br><br>**ORDER GRANTING<br>PLAINTIFF'S UNOPPOSED MOTION<br>TO FILE OVER LENGTH BRIEFS** |

The Court hereby GRANTS Plaintiff's Unopposed Motion to File Over Length Briefs. Plaintiff's Response to Defendants' Cross-Motion for Summary Judgment shall be no more then 40 pages, and Plaintiff's Reply in Support of Motion for Partial Summary Judgment shall be no more then 35 pages.

DATED this 30th day of October, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE