UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, ) | CASE NO.: 3-06-cv-00527-LRH-RAM |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| U.S. BUREAU OF LAND MANAGEMENT AND ) | |
| U.S. FISH AND WILDLIFE SERVICE, ) | |
| ) | |
| Defendants. ) | |

Before the court is Defendants' Motion for Enlargement of Time to File Reply in Support of Cross-Motion for Summary Judgment ("Reply"). Upon consideration thereof and the entire record in this case, it is hereby ORDERED that the request is GRANTED. Defendants shall file their Reply by November 20, 2007. IT IS SO ORDERED.

DATED this 6th day of November, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE